UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

MAYRANI RAMIREZ NAVA,

                Petitioner,

v.

KEVIN RAYCRAFT et al.,

                Respondents.

_____/

Case No. 1:26-cv-1827

Honorable Jane M. Beckering

## ORDER

Petitioner, a United States Immigration and Customs Enforcement (ICE) detainee, initiated this action by filing a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. (Pet., ECF No. 1.) Petitioner, *inter alia*, raises potential constitutional issues with her May 26, 2026, bond hearing. (Reply, ECF No. 5, PageID.79–80.) To resolve the remaining issues in the case, the Court requires the transcript or recording of the May 26, 2026, bond hearing.

Accordingly,

**IT IS ORDERED** that on or before the third business day after entry of this Order, Respondents shall file the  transcript, or if a transcript is not available, a recording of the May 26, 2026, bond hearing.

Dated:     July 22, 2026              /s/ Jane M. Beckering
                                         Jane M. Beckering
                                         United States District Judge